BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone: (916) 563-3100
Facsimile: (916) 565-3704

Attorneys for Defendant,
SUTTER HEALTH; SUTTER COAST HOSPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIS, | CASE NO. CV 09 5924 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSIVE PLEADING** |
| v. | |
| COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF DEPARTMENT; DEAN WILSON; BILL STEVEN; JOHN DOE 1, A.K.A. OFFICER COUSINS; MIKE SEAMEN; JOHN DOE 2, A.K.A. OFFICER BURKE; JOHN DOE 3, A.K.A. SERGEANT FOX; GARY POTTER; SUTTER HEALTH; SUTTER COAST HOSPITAL; and DOES 4 through 15, inclusive, | |
| Defendants. | |

SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

1. Plaintiff's Complaint was filed on December 17, 2009.

2. Service has been made on Sutter Coast Hospital and Sutter Health.

3. Counsel have met and conferred regarding the Complaint, and plaintiff has agreed to extend the time to file a responsive pleading on behalf of Sutter Coast Hospital and Sutter Health until such time as plaintiff determines whether he will pursue the twelfth cause of action

1

for violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health.

4. Responsive pleadings for defendants Sutter Coast Hospital and Sutter Health will not be due until 20 days after plaintiff either files an Amended Complaint or decides that he will pursue the twelfth cause of action for violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health.

**SO STIPULATED.**

DATED: February 17, 2010     LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

By: /S/ LARRY THORNTON
LARRY THORNTON, ESQ.
Attorneys for Defendants SUTTER HEALTH and SUTTER COAST HOSPITAL

DATED: February 17, 2010     SANFORD WITTELS & HEISLER, LLP

By: /S/ THOMAS MARC LITTON
THOMAS MARC LITTON, ESQ.
Attorneys for Plaintiff
JAMES DANIS

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___February 19___, 2010

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

STIPULATION AND [PROPOSED] ORDER     2     CV 09-5924