1  BARRY VOGEL, STATE BAR NO. 108640
   LARRY THORNTON, STATE BAR NO. 232265
2  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
3  655 University Avenue, Suite 119
   Sacramento, California  95825
4  Phone:         (916) 563-3100
   Facsimile:     (916) 565-3704
5
   Attorneys for Defendant,
6  SUTTER HEALTH; SUTTER COAST HOSPITAL

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 | JAMES DANIS, | CASE NO.  CV 09 5924 |
11 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
   |            | **ORDER TO FILE RESPONSIVE** |
12 | v.         | **PLEADING** |
13 | COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF DEPARTMENT; DEAN WILSON; BILL STEVEN; JOHN DOE 1, A.K.A. OFFICER COUSINS; MIKE SEAMEN; JOHN DOE 2, A.K.A. OFFICER BURKE; JOHN DOE 3, A.K.A. SERGEANT FOX; GARY POTTER; SUTTER HEALTH; SUTTER COAST HOSPITAL; and DOES 4 through 15, inclusive, | |
18 | Defendants. | |

21     SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY

22 AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF

23 RECORD:

24     1.   Plaintiff's Complaint was filed on December 17, 2009.

25     2.   Service has been made on Sutter Coast Hospital and Sutter Health.

26     3.   Counsel have met and conferred regarding the Complaint, and plaintiff has agreed

27 to extend the time to file a responsive pleading on behalf of Sutter Coast Hospital and Sutter

28 Health until such time as plaintiff determines whether he will pursue the twelfth cause of action

for violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health.

4. Responsive pleadings for defendants Sutter Coast Hospital and Sutter Health will not be due until 20 days after plaintiff either files an Amended Complaint or decides that he will pursue the twelfth cause of action for violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health.

**SO STIPULATED.**

DATED: February 17, 2010          LA FOLLETTE, JOHNSON, DE HAAS,
                                  FESLER & AMES

                                  By:   /S/ LARRY THORNTON
                                        LARRY THORNTON, ESQ.
                                        Attorneys for Defendants SUTTER HEALTH
                                        and SUTTER COAST HOSPITAL

DATED: February 17, 2010          SANFORD WITTELS & HEISLER, LLP

                                  By:   /S/ THOMAS MARC LITTON
                                        THOMAS MARC LITTON, ESQ.
                                        Attorneys for Plaintiff
                                        JAMES DANIS

~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___February 19___, 2010           _____
                                         THE HONORABLE CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*