BARRY VOGEL, STATE BAR NO. 108640
LARRY THORNTON, STATE BAR NO. 232265
**LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825
Phone: (916) 563-3100
Facsimile: (916) 565-3704

Attorneys for Defendant,
SUTTER HEALTH; SUTTER COAST HOSPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF DEPARTMENT; DEAN WILSON; BILL STEVEN; JOHN DOE 1, A.K.A. OFFICER COUSINS; MIKE SEAMEN; JOHN DOE 2, A.K.A. OFFICER BURKE; JOHN DOE 3, A.K.A. SERGEANT FOX; GARY POTTER; SUTTER HEALTH; SUTTER COAST HOSPITAL; and DOES 4 through 15, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 09 5924<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE TWELFTH CAUSE OF ACTION FOR VIOLATION OF CALIFORNIA CIVIL CODE § 52.1, WITHOUT PREJUDICE, AGAINST SUTTER HEALTH AND SUTTER COAST HOSPITAL** |

SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

　　1.　　Plaintiff filed a Complaint on December 17, 2009.

　　2.　　The Complaint alleged as the 12th Cause of Action a violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against all defendants, including Sutter Coast Hospital and Sutter Health.

3. Plaintiff voluntarily dismisses the 12th cause of action for violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health, without prejudice.

4. Sutter Health and Sutter Coast Hospital will file a responsive pleading no later than March 22, 2010.

**SO STIPULATED.**

DATED: March 3, 2010         LA FOLLETTE, JOHNSON, DE HAAS,
                             FESLER & AMES

                             By:   /S/ LARRY THORNTON
                                   LARRY THORNTON, ESQ.
                                   Attorneys for Defendants SUTTER HEALTH
                                   and SUTTER COAST HOSPITAL

DATED: March 3, 2010         SANFORD WITTELS & HEISLER, LLP

                             By:   /S/ THOMAS MARC LITTON
                                   THOMAS MARC LITTON, ESQ.
                                   Attorneys for Plaintiff
                                   JAMES DANIS

### ~~PROPOSED~~ ORDER

Plaintiff has filed a Complaint which alleges, in part, violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health. Plaintiff, Sutter Coast Hospital and Sutter Health requests that the Court dismiss this cause of action against Sutter Coast Hospital and Sutter Health, without prejudice. A responsive pleading shall be filed by Sutter Coast Hospital and Sutter Health no later than March 22, 2010.

**IT IS SO ORDERED.**

DATED: March 5, 2010         _____
                             THE HONORABLE
                             UNITED STATES MAGISTRATE JUDGE

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]