1  BARRY VOGEL, STATE BAR NO. 108640
   LARRY THORNTON, STATE BAR NO. 232265
2  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
3  655 University Avenue, Suite 119
   Sacramento, California  95825
4  Phone:       (916) 563-3100
   Facsimile:   (916) 565-3704
5
   Attorneys for Defendant,
6  SUTTER HEALTH; SUTTER COAST HOSPITAL

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES DANIS, | CASE NO.   CV 09 5924 |
|---|---|
12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING THE TWELFTH CAUSE OF ACTION FOR VIOLATION OF CALIFORNIA CIVIL CODE § 52.1, WITHOUT PREJUDICE, AGAINST SUTTER HEALTH AND SUTTER COAST HOSPITAL** |
13 | v. | |
14 | COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF DEPARTMENT; DEAN WILSON; BILL STEVEN; JOHN DOE 1, A.K.A. OFFICER COUSINS; MIKE SEAMEN; JOHN DOE 2, A.K.A. OFFICER BURKE; JOHN DOE 3, A.K.A. SERGEANT FOX; GARY POTTER; SUTTER HEALTH; SUTTER COAST HOSPITAL; and DOES 4 through 15, inclusive, | |
20 | Defendants. | |

21

22      SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED BY

23 AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF

24 RECORD:

25      1.   Plaintiff filed a Complaint on December 17, 2009.

26      2.   The Complaint alleged as the 12th Cause of Action a violation of the Bane Civil

27 Rights Act (Cal. Civ. Code § 52.1) against all defendants, including Sutter Coast Hospital and

28 Sutter Health.

    3.    Plaintiff voluntarily dismisses the 12th cause of action for violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health, without prejudice.

    4.    Sutter Health and Sutter Coast Hospital will file a responsive pleading no later than March 22, 2010.

**SO STIPULATED.**

DATED: March 3, 2010          LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

By:   /S/ LARRY THORNTON
       LARRY THORNTON, ESQ.
       Attorneys for Defendants SUTTER HEALTH and SUTTER COAST HOSPITAL

DATED: March 3, 2010          SANFORD WITTELS & HEISLER, LLP

By:   /S/ THOMAS MARC LITTON
       THOMAS MARC LITTON, ESQ.
       Attorneys for Plaintiff
       JAMES DANIS

## [~~PROPOSED~~] ORDER

Plaintiff has filed a Complaint which alleges, in part, violation of the Bane Civil Rights Act (Cal. Civ. Code § 52.1) against Sutter Coast Hospital and Sutter Health. Plaintiff, Sutter Coast Hospital and Sutter Health requests that the Court dismiss this cause of action against Sutter Coast Hospital and Sutter Health, without prejudice. A responsive pleading shall be filed by Sutter Coast Hospital and Sutter Health no later than March 22, 2010.

**IT IS SO ORDERED.**

DATED: March 5, 2010          _____
                                            THE HONORABLE
                                            UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Charles R. Breyer]*