| | |
|---|---|
| 1 | **JONES & DYER** |
| | **A Professional Corporation** |
| 2 | **1800 J Street** |
| | **Sacramento, California 95811** |
| 3 | **Telephone: (916) 552-5959** |
| | **Fax: (916) 442-5959** |
| 4 | |
| | **MARK A. JONES, SBN #96494** |
| 5 | **KRISTEN K. PRESTON, SBN #125455** |
| 6 | Attorneys for:   Defendants County of Del Norte, Del Norte County Sheriff |
| | Department, Dean Wilson, Bill Steven, James Couzens (sued herein |
| 7 | as John Doe 1), Mike Seamen, James Burke (sued herein as John |
| | Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary |
| 8 | Potter |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIS, | ) NO. CV 09 5924 CRB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **CONTINUANCE OF CASE** |
| vs. | ) **MANAGEMENT CONFERENCE** |
| | ) |
| COUNTY OF DEL NORTE; DEL NORTE | ) |
| COUNTY SHERIFF DEPARTMENT; DEAN | ) |
| WILSON; BILL STEVEN; JOHN DOE 1, | ) |
| A.K.A. OFFICER COUSINS; MIKE SEAMEN; | ) |
| JOHN DOE 2, AKA OFFICER BURKE; JOHN | ) |
| DOE 3, A.K.A. SERGEANT FOX; GARY | ) |
| POTTER; SUTTER HEALTH; SUTTER COAST | ) |
| HOSPITAL; and DOES 4 through 15, inclusive, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The initial Case Management Conference in this matter is presently scheduled for March 26, 2010. The County of Del Norte and the various named County of Del Norte employees have filed an answer to complaint. Defendants Sutter Health and Sutter Coast Hospital have stipulated with plaintiff that the twelfth cause of action of the complaint be dismissed without prejudice as to those defendants and that those defendants will file a responsive pleading no later than March 22, 2010. A Stipulation and proposed order reflecting the agreement of those parties, together with a proposed

order, was filed with the court on March 3, 2010. The parties' Rule 26 disclosures are presently due prior to the time defendant Sutter Health and Sutter Coast Hospital are required to file a responsive pleading to the complaint, and accordingly, the parties stipulate and request that the initial Case Management Conference be continued to April 16, 2010 at 8:30 a.m., with the deadlines associated with the initial Case Management Conference continued accordingly.

DATED: March 8, 2010

SANFORD WITTELS & HEISLER LLP

By: /s/ Thomas Mark Litton
THOMAS MARK LITTON
Attorneys for Plaintiff James Danis

DATED: March 5, 2010

JONES & DYER

By: /s/ Mark A. Jones
MARK A. JONES
Attorneys for Defendants County of Del Norte, Del Norte County Sheriff Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen, James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary Potter

DATED: March 5, 2010

LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

By: /s/ Larry Thornton
LARRY THORNTON
Attorneys for Defendants Sutter Health and Sutter Coast Hospital

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 5924 CRB**

## ORDER

The court having considered the foregoing stipulation of the parties, and good cause appearing, the court hereby orders that the initial Case Management Conference is continued from March 26, 2010 to April 16, 2010 at 8:30 a.m. The court further orders that the deadlines associated with the initial Case Management Conference be accordingly continued for 21 days from the date initially set by the court in its Order Setting Initial Case Management Conference and ADR Deadlines.

DATED: March 9, 2010



HON. CHARLES R. BREYER
United States Fed...

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 5924 CRB**