1   **JONES & DYER**
    **A Professional Corporation**
2   **1800 J Street**
    **Sacramento, California 95811**
3   **Telephone: (916) 552-5959**
    **Fax: (916) 442-5959**
4
    **MARK A. JONES, SBN #96494**
5   **KRISTEN K. PRESTON, SBN #125455**

6   Attorneys for:   Defendants County of Del Norte, Del Norte County Sheriff
                     Department, Dean Wilson, Bill Steven, James Couzens (sued herein
7                    as John Doe 1), Mike Seamen, James Burke (sued herein as John
                     Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary
8                    Potter

9                              UNITED STATES DISTRICT COURT

10                             NORTHERN DISTRICT OF CALIFORNIA

11

12                                              )  NO. CV 09 5924 CRB
    JAMES DANIS,                                )
13                                              )  **STIPULATION AND ORDER**
                                  Plaintiff,    )  **REGARDING FILING AMENDMENT**
14                                              )  **TO ANSWER TO COMPLAINT**
    vs.                                         )
15                                              )
    COUNTY OF DEL NORTE; DEL NORTE               )
16  COUNTY SHERIFF DEPARTMENT; DEAN              )
    WILSON; BILL STEVEN; JOHN DOE 1,             )
17  A.K.A. OFFICER COUSINS; MIKE SEAMEN;         )
    JOHN DOE 2, AKA OFFICER BURKE; JOHN          )
18  DOE 3, A.K.A. SERGEANT FOX; GARY             )
    POTTER; SUTTER HEALTH; SUTTER COAST          )
19  HOSPITAL; and DOES 4 through 15, inclusive,  )
                                                 )
20                                Defendants.    )
    _____ )
21

22
            On February 18, 2010, defendants County of Del Norte, Del Norte County Sheriff
23
    Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen,
24
    James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary
25
    Potter filed their answer to complaint and demand for jury. Defendants' answer includes sixteen
26
    affirmative defenses. The parties hereto stipulate and agree that said defendants may file an
27
    amendment to their answer to include a seventeenth affirmative defense alleging that plaintiff failed
28

1  to exhaust his administrative remedies prior to filing the present action. The parties stipulate and
2  agree that said defendants may file the amendment to their answer to the complaint to include the
3  following affirmative defense:
4      As a seventeenth affirmative defense to plaintiff's complaint,
5      defendants allege that plaintiff failed to exhaust his administrative
6      remedies prior to filing this action, and as such, the complaint, and
7      each cause of action thereof, is barred.
8  DATED: April 1, 2010
9      SANFORD WITTELS & HEISLER LLP
10
11      By: /s/ Thomas Marc Litton
       THOMAS MARC LITTON
       Attorneys for Plaintiff James Danis
12
13  DATED: April 1, 2010
       JONES & DYER
14
15      By: /s/ Mark A. Jones
       MARK A. JONES
16      Attorneys for Defendants County of Del Norte,
       Del Norte County Sheriff Department, Dean
17      Wilson, Bill Steven, James Couzens (sued
       herein as John Doe 1), Mike Seamen, James
18      Burke (sued herein as John Doe 2), Sergeant
       Brett Fox (sued herein as John Doe 3) and Gary
19      Potter
20
21  DATED: April 1, 2010
22      LA FOLLETTE, JOHNSON, DE HAAS,
       FESLER & AMES
23
24      By: /s/ Larry Thornton
       LARRY THORNTON
25      Attorneys for Defendants Sutter Health and
       Sutter Coast Hospital
26
27
28

**STIPULATION AND ORDER RE FILING AMENDMENT TO ANSWER TO COMPLAINT**
**CASE NO. CV 09 5924 CRB**

**ORDER**

The court having considered the foregoing stipulation of the parties, the court hereby orders that defendants County of Del Norte, Del Norte County Sheriff Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen, James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary Potter may file an amendment to their answer to the complaint to include a seventeenth affirmative defense alleging that plaintiff failed to exhaust his administrative remedies, as specifically set forth in the stipulation.

DATED: __April 6, 2010_____



_____
HON. CHARLES R. BREYER
United States

**STIPULATION AND ORDER RE FILING AMENDMENT TO ANSWER TO COMPLAINT**
**CASE NO. CV 09 5924 CRB**

H:\MAJ.cases\Danis v. Del Norte\Pleadings\Stip and Order re filing amendment to ACP.wpd

-3-