1  Thomas Marc Litton (CA Bar # 119985)
   SANFORD WITTELS & HEISLER, LLP
2  555 Montgomery Street, Suite 820
   San Francisco, CA  94111
3  Telephone: (415) 433-4949; Facsimile: (415) 433-7311

4  Steven L. Wittels
   SANFORD WITTELS & HEISLER, LLP
5  1350 Avenue of the Americas, 31st Floor
   New York, New York 10019
6  Telephone: (646) 723-2947; Facsimile: (646) 723-2948
   *Pro Hac Vice Admission*
7
   *Attorneys for Plaintiff*
8
   Mark A. Jones, SBN #96494
9  Kristen K. Preston, SBN #125455
   JONES & DYER
10 1800 J Street
   Sacramento, California 95811
11 Telephone: (916) 552-5959; Facsimile: (916) 442-5959
12 *Attorneys for: County of Del Norte, Del Norte County Sheriff Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen, James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary Potter*
13

14 Barry Vogel, SBN #108640
15 Larry Thornton, SBN #232265
   LAFOLLETTE JOHNSON DE HAAS FESLER & AMES
16 655 University Avenue, Ste 119
   Sacramento, CA 95825
17 Telephone: 916-563-3100; Facsimile: 916-565-3704
   *Attorneys for Sutter Health and Sutter Coast Hospital*
18

19              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| JAMES DANIS, | CV No. 09-5924 (CRB)(NJV) |
| Plaintiff, | ECF Case |
| v. | |
| COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF DEPARTMENT; DEAN WILSON; BILL STEVEN; JOHN DOE 1, A.K.A. OFFICER COUSINS; MIKE SEAMEN; JOHN DOE 2, A.K.A. OFFICER BURKE; JOHN DOE 3, A.K.A. SERGEANT FOX; GARY POTTER; SUTTER HEALTH; SUTTER COAST HOSPITAL; and DOES 4 through 15, inclusive, | **COURT-ORDERED STIPULATION ADJOURNING SETTLEMENT CONFERENCE** |
| Defendants. | |

1

1  WHEREAS the parties appeared by telephonic conference before Magistrate Nandor J. Vadas on October 12, 2010, and

3  WHEREAS Magistrate Vadas agreed to adjourn the settlement conference from October 14, 2010 to a date in November 2010, agreed upon by the parties and court, subject to approval by U.S. District Judge Charles R. Breyer,

6  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, with the consent of both U.S. District Court Judge Charles R. Breyer and Magistrate Nandor J. Vadas, that the settlement conference currently scheduled for October 14, 2010, is hereby adjourned to November 23, 2010.

**SO STIPULATED.**

DATED: October 12, 2010              SANFORD WITTELS & HEISLER, LLP

                            By:   /s/ Steven L. Wittels
                                  STEVEN L. WITTELS
                                  *Attorney for Plaintiff James C. Danis*

DATED: October 12, 2010              LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

                            By:   /s/ Larry Thornton
                                  LARRY THORNTON
                                  *Attorneys for Defendants Sutter Health and Sutter Coast Hospital*

DATED: October 12, 2010              JONES & DYER

                            By:   /s/ Mark Jones
                                  MARK A. JONES
                                  *Attorneys for Defendants County of Del Norte, Del Norte County Sheriff Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen, James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary Potter*

**SO ORDERED**: _____

IT IS SO ORDERED
Judge Charles R. Breyer

2