1  Thomas Marc Litton (CA Bar # 119985)
   SANFORD WITTELS & HEISLER, LLP
2  555 Montgomery Street, Suite 820
   San Francisco, CA  94111
3  Telephone: (415) 433-4949; Facsimile: (415) 433-7311

4  Steven L. Wittels
   SANFORD WITTELS & HEISLER, LLP
5  1350 Avenue of the Americas, 31st Floor
   New York, New York 10019
6  Telephone: (646) 723-2947; Facsimile: (646) 723-2948
   *Pro Hac Vice Admission*
7
   *Attorneys for Plaintiff*
8

9  Mark A. Jones, SBN #96494
   Kristen K. Preston, SBN #125455
10 JONES & DYER
   1800 J Street
11 Sacramento, California 95811
   Telephone: (916) 552-5959; Facsimile: (916) 442-5959
12 *Attorneys for: County of Del Norte, Del Norte County Sheriff Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen, James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary Potter*
13

14 Barry Vogel, SBN #108640
15 Larry Thornton, SBN #232265
   LAFOLLETTE JOHNSON DE HAAS FESLER & AMES
16 655 University Avenue, Ste 119
   Sacramento, CA 95825
17 Telephone: 916-563-3100; Facsimile: 916-565-3704
   *Attorneys for Sutter Health and Sutter Coast Hospital*
18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DANIS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF DEL NORTE; DEL NORTE COUNTY SHERIFF DEPARTMENT; DEAN WILSON; BILL STEVEN; JOHN DOE 1, A.K.A. OFFICER COUSINS; MIKE SEAMEN; JOHN DOE 2, A.K.A. OFFICER BURKE; JOHN DOE 3, A.K.A. SERGEANT FOX; GARY POTTER; SUTTER HEALTH; SUTTER COAST HOSPITAL; and DOES 4 through 15, inclusive,<br><br>  Defendants. | CV No. 09-5924 (CRB)(NJV)<br>ECF Case<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJOURN SETTLEMENT CONFERENCE** |

1    WHEREAS Plaintiff's counsel has tentatively agreed to the terms of a settlement agreement with certain defendants, conditioned upon the consent of Plaintiff Mr. Danis; and

WHEREAS, Plaintiff's counsel has been unable to communicate with his client so as to finalize the settlement due to the latter's incarceration and recent hospitalizations; and

WHEREAS Plaintiff's counsel needs additional time to confer with Mr. Danis regarding execution of the settlement agreement,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, with the consent of U.S. District Court Judge Charles R. Breyer, that the settlement conference before Magistrate Nandor Vadas currently scheduled for November 23, 2010 is hereby adjourned to January 14, 2010, or a date thereafter selected by Magistrate Vadas.

**SO STIPULATED.**

DATED: November 19, 2010     SANFORD WITTELS & HEISLER, LLP

By:  /s/ Steven L. Wittels
STEVEN L. WITTELS
*Attorney for Plaintiff James C. Danis*

DATED: November 19, 2010     LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

By:  /s/ Larry Thornton
LARRY THORNTON
*Attorneys for Defendants Sutter Health and Sutter Coast Hospital*

DATED: November 19, 2010     JONES & DYER

By:  /s/ Mark Jones
MARK A. JONES
*Attorneys for Defendants County of Del Norte, Del Norte County Sheriff Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen, James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary Potter*

**SO ORDERED**: _____ J.

IT IS SO ORDERED
Judge Charles R. Breyer

2