1  JONES & DYER
   A Professional Corporation
2  1800 J Street
   Sacramento, California 95811
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   MARK A. JONES, SBN #96494
5  KRISTEN K. PRESTON, SBN #125455

6  Attorneys for:   Defendants County of Del Norte, Del Norte County Sheriff
                    Department, Dean Wilson, Bill Steven, James Couzens (sued herein
7                   as John Doe 1), Mike Seamen, James Burke (sued herein as John
                    Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary
8                   Potter

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11

12                                           )  NO. CV 09 5924 CRB
   JAMES DANIS,                              )
13                                           )  **STIPULATION AND ORDER FOR**
                           Plaintiff,        )  **DISMISSAL WITH PREJUDICE**
14                                           )
   vs.                                       )
15                                           )
   COUNTY OF DEL NORTE; DEL NORTE            )
16 COUNTY SHERIFF DEPARTMENT; DEAN           )
   WILSON; BILL STEVEN; JOHN DOE 1, A.K.A.   )
17 OFFICER COUSINS; MIKE SEAMEN; JOHN        )
   DOE 2, AKA OFFICER BURKE; JOHN DOE 3,     )
18 A.K.A. SERGEANT FOX; GARY POTTER;         )
   SUTTER HEALTH; SUTTER COAST               )
19 HOSPITAL; and DOES 4 through 15, inclusive,)
                                             )
20                         Defendants.       )
                                             )
21 _____   )

22       IT IS HEREBY STIPULATED AND AGREED by and between plaintiff James Danis, by

23 and through his undersigned counsel, and defendants County of Del Norte, Del Norte County Sheriff

24 Department, Dean Wilson, Bill Steven, James Couzens (sued herein as John Doe 1), Mike Seamen,

25 James Burke (sued herein as John Doe 2), Sergeant Brett Fox (sued herein as John Doe 3) and Gary

26 Potter, by and through their undersigned counsel, and Sutter Health and Sutter Coast Hospital, by

27 and through their undersigned counsel, that the complaint filed herein be dismissed with prejudice as

28 to all defendants pursuant to Federal Rules, Rule 41(a)(2), each party to bear their own attorneys fees

1  and costs.

2  DATED: January 28, 2011

                                                      SANFORD WITTELS & HEISLER, LLP

                                                      By:     /s/ Steven L. Wittels
                                                             STEVEN L. WITTELS
                                                             Attorneys for Plaintiff

DATED: January 28, 2011

                                                      SANFORD WITTELS & HEISLER, LLP

                                                      By:     /s/ Marc Litton
                                                            MARC LITTON
                                                            Attorneys for Plaintiff

DATED: January 28, 2011

                                                      JONES & DYER

                                                      By     /s/ Mark A. Jones
                                                           MARK A. JONES, Attorneys for Defendants
                                                           County of Del Norte, Del Norte County
                                                           Sheriff Department, Dean Wilson, Bill Steven,
                                                           James Couzens (sued herein as John Doe 1),
                                                           Mike Seamen, James Burke (sued herein as
                                                           John Doe 2), Sergeant Brett Fox (sued herein
                                                           as John Doe 3) and Gary Potter

DATED: January 28, 2011

                                                      LA FOLLETTE JOHNSON DE HAAS FESLER &
                                                      AMES

                                                      By     /s/ Larry Thornton
                                                           LARRY THORNTON
                                                           Attorneys for Defendant Sutter Health and
                                                           Sutter Coast Hospital

**STIPULATION AND ORDER FOR DISMISSAL**
**CASE NO. CV 09 5924 CRB**

**O R D E R**

IT IS SO ORDERED.

DATED: __ January 28, 2011 _____.

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

**STIPULATION AND ORDER FOR DISMISSAL**
**CASE NO. CV 09 5924 CRB**

H:\MAJ.cases\Danis v. Del Norte\Pleadings\Stipulation for Dismissal.wpd

-3-